# UNITED STATES DISTRICT COURT

Southern District Of Nevada

| | |
|---|---|
| Matthew E. Orso, | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY |
| Plaintiff (s), | |
| v. | Case Number : 2:21-ms-0081 |
| Inmaculada Rotulo, | |
| Defendant (s). | |

Notice is hereby given that, subject to approval by the court, assignee NATIONWIDE JUDGMENT RECOVERY AS ASSIGNEE OF MATHEW ORSO, AS SUCCESSOR RECEIVER TO KENNETH D. BELL, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR REX VENTURE GROUP, LLC, substitutes WHITNEY C. WILCHER, ESQ. and LIPPMAN RECUPERO, PLLC, State Bar No. 7212, as counsel of record in place of CALEB LANGSDALE, ESQ.

Contact information for new counsel is as follows:

Whitney C. Wilcher, Esq., NV Bar No. 7212, Lippman Recupero, PLLC
400 South 4th Street, Suite 500, Las Vegas, NV 89101

I consent to the above substitution.

Date: 03/03/2023

Alison N. Emery, Counsel

NATIONWIDE JUDGMENT RECOVERY

I consent to being substituted.

Date: 03/08/2023

Caleb Langsdale, Esq.

I consent to the above substitution.

Date: 3-10-2023

Whitney C. Wilcher, Esq.

## ORDER

The substitution of attorney is hereby approved and so ORDERED.

Date: March 15, 2023

JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the __10__ day of __MARCH__, 2023, a copy of the foregoing **CONSENT ORDER GRANTING SUBSTITION OF COUNSEL** was served by:

____ Facsimile          __X__ UNITED STATES MAIL (Postage fully prepaid)

____ Hand delivery      __X__ ECF SYSTEM          ____ E-Serve

to the following at the last known addresses:

CALED LANGSDALE, ESQ.
1810 East Sahara Avenue
Suite 115
Las Vegas, NV 89104

Inmaculada Rotulo
8245 Ogee Drive
Las Vegas, NV 89145

I declare under penalty of perjury that the foregoing is true and correct.

Dated this __10__ day of March, 2023.

_____
Signature Of Declarant